**WO**  LMH

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | | |
|---|---|---|
| Brandon Scott Phalan, | ) | No. CV 05-2244-PHX-SMM (ECV) |
| Plaintiff, | ) | **ORDER TO SHOW CAUSE** |
| vs. | ) | |
| Joseph M. Arpaio, | ) | |
| Defendant. | ) | |

Plaintiff, formerly confined in the Durango Jail in Phoenix has filed with the Clerk of Court a *pro se* Complaint pursuant to 42 U.S.C. § 1983. Plaintiff has previously been granted leave to proceed *in forma pauperis*, and has been assessed the statutory filing fee of $250.00. See Order (Doc. #6). Currently, the balance owed toward the filing fee is $250.00. Plaintiff was cautioned that in the event of his release, Plaintiff would be required to pay in full the remaining balance of the filing fee within 120 days of his release. Plaintiff was warned that failure to do so would result in the dismissal of this action unless Plaintiff showed good cause in writing why he was unable to pay the remainder of the fee.

The record in this matter indicates that Plaintiff has now been released from custody. He submitted an address change to a private residence in San Antonio, Texas. See Dkt. #4. Accordingly, Plaintiff will be given 30 days in which to respond to this Order in writing. Plaintiff's response to this Order must include: (1) a statement of Plaintiff's date of release and his affirmation that he has paid or will pay the unpaid balance of the filing fee in full no

**JDDL**

later than 120 days from the date of his release <u>or</u> (2) Plaintiff's affidavit under penalty of perjury demonstrating good cause why he is presently unable to pay the outstanding balance of the filing fee. <u>See</u> 28 U.S.C. § 1746 (the oath requirement may be satisfied when a person declares under penalty of perjury that the submission is true and correct, and signs and dates the statement). This requirement is in addition to the Court's earlier Order requiring him to submit an Amended Complaint within thirty days. <u>See</u> Dkt. #5.

Plaintiff should take notice that if he fails to timely comply with every provision of this Order, or any order entered in this matter, this action will be dismissed pursuant to Rule 41(b) of the Federal Rules of Civil Procedure. <u>See</u> <u>Ferdik v. Bonzelet</u>, 963 F.2d 1258 (9th Cir. 1992) (stating that a district court may dismiss action for failure to comply with any order of the court).

**IT IS THEREFORE ORDERED that:**

(1) Plaintiff shall have 30 days from the date this Order is filed to file a response in writing in compliance with this Order.

(2) The Clerk of Court is directed to enter dismissal of this action without prejudice and without further notice to Plaintiff if Plaintiff fails to file a response within 30 days of the date this Order is filed.

DATED this 10th day of December, 2005.

_____
Stephen M. McNamee
Chief United States District Judge

JDDL

- 2 -